IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ORLANDO JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 323-084 |
| ) | |
| DOUG WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this ____ day of February, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE