# United States District Court
## Southern District of Georgia

ORLANDO JEFFERSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV323-84

DOUG WILLIAMS,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 14, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion, therefore, Plaintiff's amended complaint is dismissed for failure to state a claim upon which relief may be granted. This case stands closed.

| 2/14/24 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |